**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| DARIUS L. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Case No. 3:16-cv-00375-SHM |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Came this date the parties, by and through counsel of record, and informed the Court that the above-styled matter was resolved by way of mutual compromise. Therefore, the parties moved this Court for entry of an Order of Dismissal with prejudice. The motion being well-taken:

IT IS THEREFORE ORDERED that the above-styled matter is hereby dismissed with prejudice. No discretionary costs will be applied for or awarded. Costs are assessed to defendant Nationwide Mutual Fire Insurance Company.

ENTERED this the 27th day of June, 2018.


_s/ Samuel H. Mays, Jr._____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY BY:**

s/ Sonya Wright                          s/ Russell E. Reviere
Sonya Wright (BPR No. 023898)            Russell E. Reviere (BPR No. 07166)
Farra Wright, PLLC                       Jonathan D. Stewart (BPR No. 023039)
122 North Church Street                  Rainey, Kizer, Reviere & Bell, P.L.C.
Murfreesboro, Tennessee 37130            209 East Main Street / P.O. Box 1147
(615) 896-8000                           Jackson, Tennessee 38302-1147
Attorney for Plaintiff                   (731) 423-2414
                                          Attorneys for Defendant