```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION
```

**DARIUS L. POWELL,**

    **Plaintiff,**

V.                                                   Civil No. 3:16-cv-0375-SHM

**NATIONWIDE MUTUAL FIRE**
**INSURANCE COMPANY,**

    **Defendant.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Agreed Order of Dismissal, docketed June 27, 2018. No discretionary costs will be applied for or awarded, and costs are assessed to defendant Nationwide Mutual Fire Insurance Company.

## APPROVED:

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*June 27, 2018*
DATE